**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

Case No. 2:25-bk-01030-CPM
Chapter 13

Roberto Martinez Gonzalez

Debtor(s)
____________________________/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

**A preliminary hearing in this case will be held on December 2, 2026, at 2:15 *pm* before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.**

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1. The Debtor's current Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on May 31, 2025.

2. On January 20, 2026, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor(s) must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2025.

3. It appears as though the Debtor(s) failed to comply with the Order Confirming Plan to provide the 2025 federal income tax return and any refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Kenneth Case
Kenneth R. Case, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 0073758
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to Roberto Martinez Gonzalez, 4105 28th St. SW, Lehigh Acres, FL 33976 and Jose A. Blanco, Esquire, 102 E. 49th Street, Hialeah, FL 33013 on October 22, 2026.

/s/ Kenneth Case
Kenneth R. Case, Esquire

DJS/KC/cc